FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 09 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:18-cv-308-DPM

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Andrew Jones Shakoby Jennings
ADC # _____

Address: _____

Name of plaintiff: Sharonda Piggee
ADC # _____

Address: _____

Name of plaintiff: Carol Harris
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mike Anderson

Position: _____

Place of employment: Arkansas Razorbacks

Address: _____

Name of defendant: Matt Carter

Position: Public defender office

-4-

This case assigned to District Judge Marshall
and to Magistrate Judge Deere

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ☒   No ___

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: Kelly Jennings

        Defendants: Mike Anderson

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: __N/A__

☒     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: __N/A__

☐     Approximate date of disposition: _____

IV.    Place of present confinement: __ADC__

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__   No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? __No__

-6-

Yes ____   No _X_

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was in the prison they was giving the wrong medication I cant sleep I have to drink to go to sleep And I be having real bad nightmares I want 3 billion

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __9__ day of __May__, 20__18__.

_____
Whitoby Jennings
Signature(s) of plaintiff(s)

P.O Box 5683
Jacksonville Ark
72076

-8-