IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JHAKOBY JENNINGS; SHARONDA
PIGGEE; and CAROL HARRIS                                PLAINTIFFS

v.                      No. 4:18-cv-308-DPM

MIKE ANDERSON, Arkansas
Razorbacks; and MATT CARTER,
Public Defender Office                                  DEFENDANTS

ORDER

1. Jennings's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford to pay the filing fee.

2. The Court must screen the complaint. 28 U.S.C. § 1915(e)(2). The Court sees two issues.

The first is whether there's any plaintiff in this case beyond Jennings. Jennings has named Sharonda Piggee and Carol Harris as plaintiffs, but they didn't sign the complaint, and there are no allegations involving them. № 2. Piggee and Harris are therefore dismissed without prejudice.

The second issue is the lack of particulars in the complaint. The allegations are too vague to begin a lawsuit against the named defendants. FED. R. CIV. P. 8(a). What do Anderson and Carter have to do with Jennings's medical care in prison? Jennings must file an amended complaint giving more specifics by 15 June 2018. If he

doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 May 2018