IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JHAKOBY JENNINGS; SHARONDA
PIGGEE; and CAROL HARRIS                                             PLAINTIFFS

v.                              No. 4:18-cv-308-DPM

MIKE ANDERSON, Arkansas
Razorbacks; and MATT CARTER,
Public Defender Office                                               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

21 August 2018